

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of H.L.M.S. and E.G.S., Children

No. 06-23-00067-CV

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. FM-23-04024). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees pay all costs of this appeal.

RENDERED MARCH 1, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk